**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRIAN GOSKI, | Case No. 1:25-cv-15811 |
| Plaintiff, | District Judge LaShonda A. Hunt |
| v. | Magistrate Judge Keri L. Holleb Hotaling |
| ABBOTT LABORATORIES, | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Plaintiff Brian Goski and Defendant Abbott Laboratories, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully move this Court for the entry of the attached Agreed Confidentiality Order. In support of this motion, the Parties state as follows:

1. Among other things, the parties anticipate producing in this matter various documents and information of a confidential nature, including information relating to Defendant's business that is of a sensitive or proprietary nature, personal or personnel information regarding current and former employees of Defendant, and Plaintiff's employment, financial, and medical records. These documents may be relevant to the subject matter of this case.

2. The parties' respective attorneys have conferred and agreed to a proposed Agreed Confidentiality Order based the Court's Model Confidentiality Order. Per the Court's case management procedures, a redline and clean copy of the proposed Protective Order have been concurrently submitted via email for this Court's consideration.

3. Changes to the Court's Model Confidentiality Order include:

   a. edits to add a category of documents the parties believe constitutes Confidential Information that will be produced in this case;

b. to address how documents will be designated as Confidential Information if they are produced in native format; to address the use of generative AI tools with respect to Confidential Information;

c. to address designating items as Confidential Information after it was initially produced; and

d. to make minor changes to Obligations at the Conclusion of Litigation section to make it less burdensome on the parties.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter the proposed Agreed Confidentiality Order.


BRIAN GOSKI                                   ABBOTT LABORATORIES

By:/s/ *Joseph P. Selbka*                     By: */s/ Christina Jaremus*

Joseph P. Selbka                              Kyle A. Petersen
MacDonald, Lee & Senechalle, Ltd.             Christina Jaremus
2300 Barrington Road, Suite 220,              SEYFARTH SHAW LLP
Hoffman Estates, Illinois 60169-2034          233 South Wacker Drive, Suite 8000
Tel: (847) 310-0025                           Chicago, IL 60606
jselbka@pmllegal.com                          Tel: (312) 460-5000
                                              kpetersen@seyfarth.com
*Counsel for Plaintiff*                       cjaremus@seyfarth.com

                                              *Counsel for Defendant*


## CERTIFICATE OF SERVICE

The undersigned certifies that on May 12, 2026, she caused the foregoing Motion for Entry of Agreed Confidentiality Order to be served via the Court's CM/ECF system on all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Christina Jaremus*


2