**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Brian Goski

                    Plaintiff,

v.                                                     Case No.: 1:25−cv−15811
                                                       Honorable LaShonda A. Hunt

Abbott Laboratories

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 14, 2026:

        MINUTE entry before the Honorable Keri L. Holleb Hotaling. The parties' Joint Motion for Entry of Agreed Confidentiality Order [Dkt. 30] is granted. Order to enter. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.